JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIN M. ROOHIPOUR, M.D., INC., a California corporation; and R&R SURGICAL INSTITUTE, an unincorporated association; <br><br> Plaintiffs, <br><br> v. <br><br> UMR, a business entity, form unknown; PCL CONSTRUCTION ENTERPRISES, INC., a Colorado corporation; MULTIPLAN, INC., a New York corporation; MEDICAL AUDIT & REVIEW SOLUTIONS, INC., a Delaware corporation; and DOES 1 through 20, inclusive; <br><br> Defendants. | Case No. 2:22-cv-08006-RAO <br><br> District Judge: Hon. Dale S. Fischer <br><br> Magistrate Judge: Alicia G. Rosenberg <br><br> **ORDER ON STIPULATION OF DISMISSAL [FRCP 41(A)(1)(II)]** <br><br> Complaint Filed: November 23, 2021 |

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

DATED: March 9, 2023

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE